UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GALA, JOSEPH JARDIN, and MICHAEL MASSUCCI,<br><br>Plaintiffs,<br><br>v.<br><br>LAURA KAVANAGH, as Commissioner of the New York City Fire Department, and the NEW YORK CITY FIRE DEPARTMENT<br><br>Defendants. | Docket No. 23-cv-01543 (NRM) (RER)<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiffs Gala, Jardin, and Massucci, by and through their undersigned counsel of record, hereby give notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) of voluntary dismissal of all claims in the above-captioned action, without prejudice, against Defendants Laura Kavanagh and the New York City Fire Department.

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that a notice of voluntary dismissal may be granted, without court order, "before the opposing party serves either an answer or a motion for summary judgment." Defendants have not served an answer or a motion for summary judgment with respect to Plaintiffs' claims.

Dated: New York, New York
      March 23, 2023

Respectfully submitted,

**WALDEN MACHT & HARAN LLP**

 /s/ Jim Walden
Jim Walden
250 Vesey Street, 27th Floor

New York, New York 10281
Tel.: (212) 335-2030
jwalden@wmhlaw.com

*Attorneys for Plaintiffs*
*Gala, Jardin, and Massucci*